UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL HORTA SUAREZ,<br><br>                          Plaintiff,<br><br>   -against-<br><br>CAPITAL ONE BANK NA/FC;<br>SANTANDER BANK NA (USA); BANK OF<br>AMERICA NA/CORP,<br><br>                        Defendants. | 22-CV-568 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 7, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 7, 2022
          New York, New York

                                                          /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                   Chief United States District Judge